IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY L. NELMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:09-CV-816-ID |
| | ) | |
| BOARD OF PARDONS AND PAROLES, *et. al.,* | ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation on October 16, 2009 (Doc. No. 4), in this case to which no timely objections have been filed.  After a review of the Recommendation and after an independent review of the entire record, it is ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED.  It is further ORDERED that this case is DISMISSED without prejudice for Petitioner's failures to prosecute this action and to comply with the orders of the court.

Done this 19th day of November, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE